No. 10, Original. UNITED STATES *v.* LOUISIANA ET AL. This case is set for argument on Monday, October 12, 1959, on the motion of the United States for judgment, the answers thereto, and on the motion to dismiss the cross-bill of the State of Alabama. THE CHIEF JUSTICE and MR. JUSTICE CLARK took no part in the consideration or entry of this order.

For previous order and counsel in this case, see 358 U. S. 902.

No. 504. TAYLOR *v.* McELROY ET AL. Certiorari, 358 U. S. 918, to the United States Court of Appeals for the District of Columbia Circuit. Further consideration of the respondents' suggestion of mootness is postponed to the hearing of the case on the merits. *Solicitor General Rankin* for respondents. *Joseph L. Rauh, Jr., John Silard, Harold A. Cranefield* and *Richard Lipsitz* for petitioner.

No. 339. SPEVACK *v.* STRAUSS ET AL. On petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit. The motion of petitioner for leave to add John A. McCone as a party respondent is granted. *Carleton U. Edwards, II, Joseph Y. Houghton* and *Bernard Margolius* for petitioner.

No. 372. GINSBURG *v.* SULLIVAN, U. S. DISTRICT JUDGE, ET AL., 358 U. S. 882, 923. The motion to remand and for other relief is denied. *Paul Ginsburg; pro se.*